UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONNA JO EVERETTE AND WANDA SPENCER, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTHOR SOLUTIONS LLC, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 1:14-cv-01827-WTL-TAB ) ) ) ) ) |

## ORDER ON AGREED MOTION TO STAY

Now before the Court is the Agreed Motion to Stay, filed by the Plaintiffs, Donna Jo Everette and Wanda Spencer. And the Court, having reviewed this motion and being duly advised, finds that the Motion should be granted.

It is therefore ORDERED that this action should be and hereby is stayed until the earlier of: (1) the entry of an order by the Court in *James v. Penguin Group (USA) Inc.*, 13-CV-2801 (S.D.N.Y.) deciding the motion for class certification; or (2) thirty (30) days after the Plaintiffs' service of a notice to terminate the stay.

Dated:   01/21/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service on all registered counsel of record via CM/ECF

Service via U.S. Mail:
Jonathan M. Herman
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY  10019-6119