UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONNA JO EVERETTE AND WANDA SPENCER, PATRICIA WHEELER, and HELEN HEIGHTSMAN GORDON,<br><br>  Plaintiffs,<br><br>  vs.<br><br>AUTHOR SOLUTIONS LLC,<br><br>  Defendant. | Case No. 1:14-cv-01827-WTL-TAB |

**AGREED MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS**

The Plaintiffs, Donna Jo Everette, Wanda Spencer, Patricia Wheeler, and Helen Heightsman Gordon, by counsel, move the Court for an extension of time to amend the pleadings and state as follows.

1.  Plaintiffs Donna Jo Everette and Wanda Spencer commenced this action on November 7, 2014 by filing their Class Action Complaint and Demand for Jury Trial.

2.  This action was consolidated with an action filed by Plaintiffs Patricia Wheeler and Helen Heightsman Gordon, by this Court's Order on Agreed Motion to Consolidate, entered on June 3, 2015. [Dkt. No. 19.]

3.  The Plaintiffs anticipated filing an amended, consolidated complaint within 60 days after consolidation, or on August 3, 2015.

4.  Because the parties will be attending a court-ordered conference in a related action, *Simmons et al. v. Author Solutions, LLC,* 13-cv-02801-DLC, in the Southern District of New York on August 11, 2015, which may resolve this action, Plaintiffs request an additional 45 days to file an amended pleading in this action. Defendant does not object.

WHEREFORE, the Plaintiffs, by counsel, request that the Court enter an order permitting Plaintiffs to file an amended pleading by September 10, 2015.

Respectfully submitted,

s/Brian C. Hewitt
Brian C. Hewitt
Mark R. Galliher
Michael J. Alerding
*Counsel for Plaintiffs Donna Jo Everette and Wanda Spencer*

**ALERDING CASTOR HEWITT LLP**
47 S. Pennsylvania St., Suite 700
Indianapolis, IN 46204
(317) 829-1910
bhewitt@alerdingcastor.com
mgalliher@alerdingcastor.com

## CERTIFICATE OF SERVICE

I hereby certify that on **July 29, 2015** a copy of the foregoing Agreed Motion for Extension of Time to Amend Pleadings was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I further certify that on **July 29, 2015** a copy of the foregoing Agreed Motion for Extension of Time to Amend Pleadings was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

*Jonathan Herman, Esq.,*
*Dorsey & Whitney LLP*
*51 West 52nd Street*
*New York, NY 10019-6119*
*Counsel for Defendant*

s/ Brian C. Hewitt
Name of Filing Attorney