UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONNA JO EVERETTE AND WANDA SPENCER, PATRICIA WHEELER, and HELEN HEIGHTSMAN GORDON,<br><br>    Plaintiffs,<br><br>vs.<br><br>AUTHOR SOLUTIONS LLC,<br><br>    Defendant. | Case No. 1:14-cv-01827-WTL-TAB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT Plaintiffs, Donna Jo Everette, Wanda Spender, Patricia Wheeler and Helen Heightsman Gordon, through the undersigned counsel, hereby voluntarily dimiss the above-captioned action and all claims asserted therein, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and with each party to bear its own costs and attorney's fees.

Dated: September 14, 2015

          /s/Brian C. Hewitt
          Brian C. Hewitt
          Mark R. Galliher
          ALERDING CASTOR HEWITT LLP
          47 S. Pennsylvania Street, Suite 700
          Indianapolis, IN  46204
          317-829-1910

          Oren Giskan
          O. Illiana Konidaris
          GISKAN SOLOTAROFF ANDERSON & STEWART LLP
          11 Broadway, Suite 2150
          New York, NY  10004
          212-847-8315

          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2015 a copy of the foregoing Notice of Voluntary Dismissal was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                                     /s/ Brian C. Hewitt  
                                                     Name of Filing Attorney